FRED A. GAMBOLD, as Executor, etc., Respondent, v. AMOS S. LAMPHEAR and Others, etc., Defendants, Impleaded with GEORGE W. MacLEAN and Others, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

ELSIE J. HASSELL, Appellant, v. TERESA PONTECORVO and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January, 1923, term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (FRANCIS L. CORRAO).— We regret that any attorney and counselor at law of this court should have written the letter which is the ground of complaint in this proceeding. The statements made in the letter, however, did not relate to any judicial act of the learned judge to whom it was addressed. Proceeding dismissed, on the ground that this court has no jurisdiction. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of MINNIE GRAU, an Alleged Incompetent Person.— Motion for stay granted, on condition that the appeal be perfected for the January, 1923, term (for which term this case is set down), to be argued when reached; otherwise, motion denied, with ten dollars costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (GEORGE M. SCHINZEL).— Motion to dismiss the proceeding denied, with leave to respondent to interpose an answer on or before January 2, 1923, to which date this proceeding is adjourned. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (FREDERICK I. PEARSALL).— Matter referred to Hon. Edward B. Thomas, as official referee, to take proof and report thereon, with his opinion, to this court. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of the TOWN OF MAMARONECK for a Peremptory Mandamus Order against the NEW YORK INTER-URBAN WATER COMPANY, etc. In the Matter of the Application of JAMES S. DOWLING and Others, etc.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Does section 81 of the Transportation Corporations Law confer power upon a town board to make compulsory orders for the installation of mains and hydrants binding upon a water company operating in a town? Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

EDNA D. JOHNSON, Respondent, v. THE SUPREME COUNCIL, C. B. L., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

MORRIS KOPP, Respondent, v. LOUIS FISHMAN & SON, INC., and LOUIS FISHMAN, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

SAMUEL H. KUNSTLICH, Appellant, v. BRALEA REALTY CORPORATION and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February, 1923, term (for which term this case is set down) and be ready for argument when reached; otherwise, motion